UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jovanni Rodriguez,<br><br>       Plaintiff(s),<br><br>v.<br><br>Credit Control, LLC d/b/a Credit Control & Collections, LLC<br><br>       Defendant(s). | Case No: 2:21-cv-02584-WFK-AYS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Jovanni Rodriguez and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant(s) Credit Control, LLC d/b/a Credit Control & Collections, LLC .

DATED: May 13, 2021

                **BARSHAY, RIZZO & LOPEZ, PLLC**

                By: s/ *David M. Barshay*
                David M. Barshay, Esquire
                445 Broadhollow Road | Suite CL18
                Melville, New York 11747
                Tel: (631) 210-7272
                Fax: (516) 706-5055
                Our File No.: BRL21147
                *Attorneys for Plaintiff*

                 **SO ORDERED.**

                 **s/ WFK**
                _____
Dated: May 14, 2021        HON. WILLIAM F. KUNTZ, II
   Brooklyn, New York       UNITED STATES DISTRICT JUDGE